NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

JAMES A. ARUNGA,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

2012-5006

Appeal from the United States Court of Federal Claims in case no. 11-CV-133 Judge Lawrence J. Block.

## ON MOTION

## ORDER

James A. Arunga moves for various relief.

Arguments concerning the merits of his appeal should be included in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

JAN 3 1 2012
——————————
Date

/s/ Jan Horbaly
——————————
Jan Horbaly
Clerk

cc:  James A. Arunga
     Steven M Mager, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 1 2012

**JAN HORBALY**
**CLERK**